479 A.2d 1115

Young, Appellants (at No. 2445), v. Wolfe,
Appellants (at No. 2460).
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

558

Submitted March 14, 1984. William Caprio, III, for appellant (at No. 2445); for appellee (at No. 2460); Lester L. Greevy, Jr., for appellant (at No. 2460), for appellee (at No. 2445).

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.

WIEAND, J., filed a dissenting memorandum.